# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| RONNIE GULLY, JR., <br><br> Plaintiff, <br><br> vs. <br><br> DEREK HUNDLEY, et al., <br><br> Defendants. | Case No. 18-cv-0539-NJR-GCS |

### ORDER

**Sison, Magistrate Judge:**

This matter is before the Court for scheduling purposes.

On January 16, 2019, Defendant Basnett filed a motion to dismiss (Docs. 27). The Court notes that pursuant to SDIL-7.1(c), plaintiff is allowed 30 days to file a response to any factual or legal matters raised by Defendant's motion. Plaintiff is cautioned that failure to file a response may be deemed to be an admission of the merits of the motion, pursuant to SDIL-LR 7.1(c). This means that the motion to dismiss will most likely be granted and this case will be dismissed. Plaintiff's response is due on or before February 19, 2019.

**IT IS SO ORDERED.**

**DATE: January 17, 2019.**

*Gilbert C. Sison*

Digitally signed by Magistrate Judge Gilbert C. Sison
Date: 2019.01.17 10:54:55 -06'00'

**Gilbert C. Sison**
**UNITED STATES MAGISTRATE JUDGE**