IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| RONNIE G. GULLY, JR.,<br><br>      Plaintiff,<br><br>v.<br><br>DEREK HUNDLEY, TRENT RALSTON,<br>HALEY BASNETT, and<br>JEREMY GIVENS,<br><br>      Defendants. | Case No. 18-cv-539-NJR-GCS |

## MEMORANDUM AND ORDER

**ROSENSTENGEL, Chief Judge:**

This matter is before the Court on the Report and Recommendation of United States Magistrate Judge Gilbert C. Sison (Doc. 58) regarding the motion to dismiss filed by Defendant Haley Basnett (Docs. 27), the motion to deny defense's petition as motion that's moot filed by Plaintiff Ronnie Gully (Doc. 33), and the motion for sanctions filed by Plaintiff Gully (Doc. 38). Judge Sison held a hearing on these motions on March 18, 2019. The Report and Recommendation was entered on July 26, 2019; it recommends denying the motion to dismiss, denying as moot the motion to deny defense's petition as motion that's moot, and denying the motion for sanctions. No objections were filed.

Where neither timely nor specific objections to the Report and Recommendation are made, the Court should review the Report and Recommendation for clear error. *Johnson v. Zema Systems Corp.*, 170 F.3d 734, 739 (7th Cir. 1999). The Court may then "accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1).

The undersigned has reviewed Magistrate Judge Sison's Report and Recommendation and finds there is no clear error in his findings of fact or conclusions of law. Accordingly, the Report and Recommendation (Doc. 58) is **ADOPTED** in its entirety. The Court **DENIES** the motion to dismiss filed by Defendant Basnett (Doc. 27), **DENIES as moot** the motion to deny defense's petition as motion that's moot filed by Plaintiff Gully (Doc. 33), and **DENIES** the motion for sanctions filed by Plaintiff Gully (Doc. 38).

**IT IS SO ORDERED.**

DATED:   September 9, 2019

_____
**NANCY J. ROSENSTENGEL**
**Chief U.S. District Judge**